
FILED
8/17/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS


RECEIVED
JUL 25 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aaron E. Jackson
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart
C.C.D.O.C. Officer Strong star # 16745
C.C.D.O.C. Officer ("Doinerson) # 16486
C.C.D.O.C. Sgt. Rocco
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

16-cv-7562
Judge Joan B. Gottschall
Magistrate Judge Geraldine Soat Brown
PC8

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Aaron E. Jackson

    B. List all aliases: N/A

    C. Prisoner identification number: 20140713218

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tomas Dart

    Title: Sheriff of Cook County Jail

    Place of Employment: Cook County Jail

    B. Defendant: Cook County Sheriff officer (J. Strong) star # 16945

    Title: Correctional officer

    Place of Employment: Cook County Jail

    C. Defendant: Cook County Sheriff officer (T. Donnerson) star # 16486

    Title: Correctional officer

    Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

( Continue Defendants )

D. Defendant: Sgt. Rocco

Tittle: Correctional Officers

Place of employment: Cook County Jail

List all Lawsuits you (and Your co-plaintiffs, if any) Have filed in any state or federal court in the united states:

A. Name of case and docket number: Aaron E Jackson v. Officer Brylewski, Etc... Case No. 1:16-cv-5953

B. Approximate date of filing lawsuit: 6-6-16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Aaron E. Jackson

D. List all defendants: Cook County, Tomas Dart, C.C.D.O.C officers Brylewski, Bryan, Sergeant Sheehan, Commander Cozzolino, officer Quinton

E. Court in which the lawsuit was filed (if federal court, Name the district; If State court name the county): United States district court, Northern district of illinois.

F. Name of Judge to whom case was assigned: Joan B. Gottschall

G. Basic claim made: Sexual Assualt & unreasonable search

H. Disposition of this case (for example: was the case dismissed was it appealed? is it still pending?): pending

I. Approximate date of disposition: pending.

III. List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the united states:

A. Name of case and Docket number: Aaron E. Jackson -VS- Cook county et Case No: 16-cv-2029

B. Approximate date of filing lawsuit: 1-28-16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Aaron E. Jackson

D. List all defendants: Cook County, Tomas Dart, cook county Sherriff Officer Anderson.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court name the county): Thomas G. Bruton, United States district court Northern district of Illinois

F. Name of judge to whom case was assigned: Joan B. Gottschall

G. Basic claim made: Excessive force

H. Disposition of this case (for example: was the case dismissed? was it appealed? is it still pending?): Pending

I. Approximate date of disposition: Pending 7-8-16

Case: 1:16-cv-07566 Document #: 61 Filed: 08/25/16 Page 8 of 19 PageID #:42

[2nd law suit]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

  A.  Name of case and docket number: Aaron E. Jackson vs. Cook county, et al Case No. 16cv00017

  B.  Approximate date of filing lawsuit: 12-18-15

  C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Aaron E. Jackson

  D.  List all defendants: Cook county, Tomas Dart, Nurse Jane Doe, Doctor John Doe, and Cook county sheriff officer John Doe.

  E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Thomas G. Bruton clerk U.S. District court.

  F.  Name of judge to whom case was assigned: Joan B. Gottschall

  G.  Basic claim made: Medical Neglect

  H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

  I.  Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of 3/8/16, I was escorted to dispensary for taking the wrong medication, after getting my vitals check, and was cleared by the nurse, I ask could I get something to drink, because I felt dehydrated. The nurse then replied "No get out you don't need no water because that might activate the pills II taken. I then tried explaining to her that I really need some water. At that particular moment I felt myself being dragged from behind by my cuffs by someone, once I realize it was Officer Strong #16745, I ask him what's the problem for him to grab me so cuffly to which he stated, just bring your stupid ass on. (speaking verbatim) He then begin throwing me all around the place, causing my shoulder & face to bounce off the wall. I then tried to get my balance, because I was all over the place literally, but at this time another officer came by the name of Donnerson #16486 who took the opportunity to join his fellow officer with the excessive force by raising my arm over the capacity over my head causin bones to pop, and all the while for me to be in excruciating pain. I was cuffed to the back, I didn't show any signs of aggression, nor was I breaking any rules of the jail.

4

Revised 9/2007

Continue →

I was then placed in holding where I told Sergeant Rocco, that I needed medical attention for my shoulder, but he responded thats not his problem Denying me of the proper medical attention that was needed. I waited almost 7 hours in shackles in pain from the excessive force, before I was taking to cermak to see a doctor for a X-Ray. I then sent a letter to Tomas Dart by U.S mail complaining as to how his correctional officers failed to be professional with addressing this matter thoroughly. Now I have sharp pains in my shoulder where it hard for me to Operate like I normally would. This is a violation to my 8th Amendment right to be protected from cruel and unusual punishment. It also violated my 14th Amendment to have equal protection under the law. and for that reason alone All defendants are being sued in their own corporate, official & individual capacity for deliberate indifference to my medical needs, supervisoral liability, failer to protect, excessive Monetary damage for the suffer here in Cook county establishment, mental & emotional distress, and Compensatory Damage, and would like for the court to feel just fair and apporiate with any other Damages that this court deem awardable.

5

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to deliberate indifference To my medical needs, Negligence, supervisoral liability failer to protect, excessive force, Mental & emotional destress I ask that this court rule in my favor. I also would like punative Damages, compensatory damages, Monetary damages for the abuse suffered by this officers in cook count Jail

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __27__, 20 _16_

_Aaron Jackson_
(Signature of plaintiff or plaintiffs)

_Aaron Jackson_
(Print name)

_20140713718_
(I.D. Number)

_P.o Box 089007_
_Chicago, IL 60608_
(Address)

6                                  Revised 9/2007

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**: 

**INMATE ID #**: 

---

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

- **PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Jackson
- **PRINT - FIRST NAME** *(Primer Nombre)*: Aaron
- **INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20140713218
- **DIVISION** *(División)*: 10
- **LIVING UNIT** *(Unidad)*: 1D
- **DATE** *(Fecha)*: 3/9/16

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

---

- **DATE OF INCIDENT** *(Fecha Del Incidente)*: 3/8/16
- **TIME OF INCIDENT** *(Hora Del Incidente)*: around 7:30 PM
- **SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Dispensary

On the date of 3-8-16 I was escorted to dispensary for taking the wrong medication after getting my vitals check I ask the nurse would it be alright to get something to drink because I was feeling dehydrated to which she responded no get out I then tried to reason with her again explaining to her that I really needed some water. Then out of no where I heard

---

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like both officers relived of their jobs, and I would like to press charges against them and like for OPR to investigate this matter

---

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

- **NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Mr. Cameras
- **INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*: Aaron Jackson

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

- **CRW/PLATOON COUNSELOR (Print):** CRW Tylor
- **SIGNATURE:** Tylor
- **DATE CRW/PLATOON COUNSELOR RECIEVED:** 3-10-16
- **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
- **SIGNATURE:**
- **DATE REVIEWED:**

(FCN-40)(APR15)　　(WHITE COPY – INMATE SERVICES)　　(YELLOW COPY – CRW/PLATOON COUNSELOR)　　(PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME: Jackson | PRINT - FIRST NAME: Aaron | INMATE BOOKING NUMBER: 20140713218 |
|---|---|---|
| DIVISION: 10 | LIVING UNIT: 1D | DATE: 3/9/16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT: 3/8/16 | TIME OF INCIDENT: 7:30pm | SPECIFIC LOCATION OF INCIDENT: Dispensary |
|---|---|---|

Officer Strong badget # 16745 stat Man bring your stupid ass on then grab me from behind by my cuffs, and throw me against the wall aggressively over and over. I then tried to get my balance but was unsuccessful at doing so, because by this time officer Strong held my arms postion over my head to the point I heard bones cracking, I then stated you hurting

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for both officer relieved of their jobs and would like to press charges against both, and would like for OPR to investigate this matter

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Mr & cameras

INMATE SIGNATURE AND DATE: *[signature]*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: Taylor | DATE CRW/PLATOON COUNSELOR RECIEVED: 3-10-16 |
|---|---|---|
| ITENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(PR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 
INMATE ID #:

---

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME: Jackson
PRINT - FIRST NAME: Aaron
INMATE BOOKING NUMBER: 20160713218
DIVISION: 10
LIVING UNIT: 1D
DATE: 3/9/16

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT: 3/8/16
TIME OF INCIDENT: around 7:30p.m
SPECIFIC LOCATION OF INCIDENT: Dispensary

My arm to which he said so what pussies, I don't like your bitch ass any way, and throw my head up against the wall again, by this time officer T. Donnerson #16484 came in assistant officer strong by using excessive force as well, before escorting me to holding.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for both of these officer relieved of their jobs as correctional officers, and I would like to press charges against them as well.

---

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Mr. Carteras
INMATE SIGNATURE AND DATE: Aaron Jacks

---

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): CRW Taylor
SIGNATURE: Taylor
DATE CRW/PLATOON COUNSELOR RECIEVED: 3-10-16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(APR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20162055

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): JACKSON
INMATE FIRST NAME (Primer Nombre): AARON
ID Number (# de identificación): 20140713218

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
260/Misconduct (Physical) Sworn Staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
CRW has informed command staff about allegation.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO: O.P.R.T.S.
DATE REFERRED: 3/10/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
- See attachment -

PERSONNEL RESPONDING TO GRIEVANCE (Print): SGN. L. Hampton
SIGNATURE: Sgn. Lesh
DIV. / DEPT.: I.S
DATE: 3/10/16

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): 
SIGNATURE: 
DIV. / DEPT.: 
DATE: 

GRIEVANCE SUBJECT CODE: ☐
NON-GRIEVANCE SUBJECT CODE: ☐

INMATE SIGNATURE (Firma del Preso): Aaron [signature]

DATE RESPONSE WAS RECEIVED: 3/11/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 3/11/16

INMATE'S BASIS FOR AN APPEAL: I would like to press charges against these officers excessive force was used against me. Tyler

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  Yes ☐  No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:
Original Response to Stand.

ADMINISTRATOR / DESIGNEE: J Mueller
SIGNATURE: [signature]
DATE: 3/16/16

INMATE SIGNATURE: Aaron
DATE INMATE RECEIVED APPEAL RESPONSE: 3/__/16

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



## SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| NAME (Last, First, M.I.): Jackson, Aaron, E | AGE: 25 | DATE OF BIRTH: 10-18-90 | HOME #: ( ) |
| HOME ADDRESS: P.O. Box 089002 | CITY: Chicago | | WORK/OTHER #: |
| STATE: IL | ZIP CODE: 60608 | STATE I.D./D.L. #: | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

DATE OF INCIDENT: 3-8-16
TIME OF INCIDENT: around 8:30 pm
LOCATION OF INCIDENT: Div 10 1D

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Strong #16745 & Officer Donnerson #16486

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
| Aaron Jackson 20140713248 | P.O. Box 089002 Chicago, IL 60608 | |

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On the above date of the incident I was escorted to dispensary because I took the wrong medication. Once I got my vital check and everything was fine I ask the nurse would it be alright for me to get a drink of water, to which she replied no get out. I then tried to reason with her, explaining to her that I really needed some water, because I was feeling dehydrated. Out of no where I felt someone grab me aggressively from behind throwing me around. Once I notice the person who was responsible for the excessive force being used against

☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____
IAD/IG #: _____

Complaint Narrative (Continued)

Me, I ask him what I do to which he stated bring your stupid ass on she said you can't get no water. All the while I was cuff behind my back, Not showing any signs of Aggression toward him to be treated harshly, as he was throwing me all around up against walls, He then took my arms rising it beyond the capacity over my head while I was still cuff behind my back cracking bones, and hurting me severely with the help of another officers by the Name of donnerson #16468 who assisted him with the attack I was then escorted to holding, where I explain to Sgt. Roco star # 3728 or 3228 that I was in pain, and would like to get some Medical Attention for my shoulder, but he stated thats not his problem, I waited almost 45 min shackle in pain from the Excessive force the officers use against me, before I seen a doctor in Cermak who gave me X-Ray the next morning.

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of 1 pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. _Aaron Jackson_
(Print Name)

Complainant's Signature: _Aaron Jackson_  Date: 8-8-16

State of Illinois )
County of Cook )

Signed and sworn to before me on 4-8-16 by Aaron Jackson
        (date)                         (name of person making statement)

(notary seal)  OFFICIAL SEAL
              JACKIE L CARR
              NOTARY PUBLIC - STATE OF ILLINOIS
              MY COMMISSION EXPIRES:08/25/19

_Jackie L. Carr_
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, signed and notarized, complaint form to:

Cook County Sheriff's Office of Professional Review
3026 S. California
Chicago, IL 60608

Inmate Grievance Number: **20162055**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608



**INMATE COPY**